**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Yeshica Viquez Rivera, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      -against-<br><br>Transworld Systems Inc.,<br><br>      Defendant. | Case No: 1:20-cv-00776-RPK-RLM |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: September 25, 2020

| | |
|---|---|
| **SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.**<br><br>By:  /s Aaron Easley<br>Aaron Easley, Esq.<br>3 Cross Creek Drive,<br>Flemington, New Jersey 08822<br>Tel: (908) 237-1660<br>*Attorneys for Defendant* | **BARSHAY SANDERS, PLLC**<br><br>By:  /s Craig B. Sanders<br>Craig B. Sanders<br>100 Garden City Plaza, Suite 500<br>Garden City, New York 11530<br>Tel. (516) 203-7600<br>Email:<br>*ConsumerRights@BarshaySanders.com*<br>Our File No: 119013<br>*Attorneys for Plaintiff* |